IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 2/1936751; 52; 53

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Justin F. Calkins,

    Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

    You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance      ___Arraignment      _X_Sentencing      ___Status

___Administrative Review      ___Show Proof      ___Other (_____)

The location, date and time set for the hearing is:

_X_ 212 N. Wahsatch, Suite 101      ___901 19th Street, Rm. A-105      ___1929 Stout St.
    Colorado Springs, CO 80903      Denver, CO 80294      Denver, CO 80294

Appearance date: 3-17-10, at 10:00 am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

                            Greg Langham, Clerk
                            By: _____
                                  Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 12-16-09      Name: Justin Calkins
                                 (Please Print)
                            Address: _____

Phone: _____
Revised 3/17/09